UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ADAN MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>STUART SHERMAN,<br><br>Respondent. | No. 1:18-cv-01123-SKO HC<br><br>**ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**<br><br>**(Doc. 1)** |

Petitioner, Rafael Adan Martinez, is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). In a state with multiple federal districts, the District Court of the district in which a petitioner is confined may, in its discretion, transfer a petition concerning conviction and sentencing to the district in which the petitioner was convicted and sentenced. Such transfer generally furthers judicial economy since the witnesses and documentation are present in the district of conviction and sentencing.

Petitioner was convicted in the Imperial County Superior Court. Because Petitioner is challenging his conviction, venue for this case is most appropriate in the Southern District of

1

California.

Accordingly, the Court hereby ORDERS that this case be TRANSFERRED to the United States District Court for the Southern District of California.

IT IS SO ORDERED.

Dated: **August 24, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE